YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
DAVID OKANO (SB# 278485)
davidokano@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Attorneys for Defendants
Quintessential Brands S.A, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTESSENTIAL LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>QUINTESSENTIAL BRANDS S.A., et al.,<br><br>          Defendants. | CASE NO. 3:20-cv-01722-JD (JSC)<br><br>**DECLARATION OF PHILIP OU IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE PORTIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:  February 16, 2023<br>Time:  10:00 a.m.<br>Courtroom:  11<br>Judge:  Hon. James Donato |

I, Philip Ou, declare as follows:

1. I am a partner with the law firm Paul Hastings LLP, counsel for Defendants Quintessential Brands, S.A., Quintessential Brands North America, LLC (d/b/a QB North America), and MHW, Ltd. (collectively, "Defendants"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2. A true and correct copy of email correspondence with counsel for Plaintiff Quintessential LLC ("QWines") on February 2, 2023 is attached as **Exhibit A**.

3. A true and correct copy of email correspondence with counsel for QWines on February 3, 2023 is attached as **Exhibit B**.

4. A table comparing statements made by QWines and its declarants in their Motion to Enforce Settlement Agreement (Dkt. 94) with the statements by Defendants and their declarants in their Opposition to Motion to Enforce Settlement Agreement (Dkt. 97) that are the subject of QWines' Motion to Strike is attached as **Exhibit C**.

5. A true and correct copy of email correspondence with counsel for QWines on January 3, 2023 is attached as **Exhibit D**.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on February 10, 2023, in Union City, California:

*/s/ Philip Ou*
Philip Ou