# EXHIBIT D

| | |
|---|---|
| **From:** | Ou, Philip |
| **To:** | Christopher J. Passarelli; Brett Leininger |
| **Cc:** | Chaikovsky, Yar R.; Okano, David; Chung, Woenho; Trevino, C. Daniel |
| **Subject:** | Quintessential Wines v. Quintessential Brands - Limited Depositions of Declarants/Representatives |
| **Date:** | Tuesday, January 3, 2023 8:28:59 PM |
| **Attachments:** | image001.png |

Chris, Brett -

Happy New Year.  We write regarding Quintessential Wines' motion to enforce settlement agreement ("Motion").  As you know, the subject of your Motion raises the question of the intent of the parties to the Binding Term Sheet, which was executed at the conclusion of the June 7, 2022 mediation before Judge Walker.

We believe the objective intent of the contracting parties is clear based on the express terms of the Binding Term Sheet, as explained in multiple correspondence following the mediation.  However, as your client has submitted extrinsic evidence in support of its Motion, we request that your client make available for deposition the individuals who submitted declarations and who were also present during the mediation as percipient witnesses to the negotiations and the contracting parties' mutual intent.

Given the anticipated limited subject matter of each deposition, we believe we can complete all three depositions in a single day if that is most convenient for you and your client representatives.  Alternatively, we are happy to space them out based on their schedules, though we would need to complete them before next Wednesday (a week from tomorrow) given our current deadline to respond is Thursday, January 12.  We are amenable to taking one or more deposition starting this Thursday, January 5 (provided you inform us by 3 pm PT tomorrow), and any day thereafter (including during the weekend).  We are also open to jointly stipulating to modify the briefing deadlines and hearing date again to accommodate you and your client's schedules if needed.

To the extent we submit declarations in support of our responsive brief, we intend to make our declarant(s) available for deposition upon request.

Please let us know by COB this Thursday whether you will agree to make your declarants/representatives (Dennis Kreps, Steve Kreps, and yourself) available for deposition.  We can then confer on a schedule and logistics that work for everyone.  If you do not agree, please provide the basis for your refusal and also indicate whether you will withdraw your motion and/or your supporting declarations.

I am available to discuss tomorrow if needed.

Thanks,
Phil



**Philip Ou** | **Partner, Litigation Department**
Paul Hastings LLP | 1117 S. California Avenue, Palo Alto, CA 94304 | Direct: +1.650.320.1858 | Main: +1.650.320.1800 | Fax: +1.650.320.1958 | philipou@paulhastings.com |
www.paulhastings.com